SIDNEY SILLER AND SHIRLEY SILLER, HIS WIFE; IRVING GAINES AND CORALIE J. GAINES, HIS WIFE; MARSHALL NATAPOFF AND JANET NATAPOFF, HIS WIFE; FRANCIS CLARK AND LUCILLE CLARK, HIS WIFE; AND JOEL KRAMER, SINGLE, PLAINTIFFS-APPELLANTS, AND HARMON COVE CONDOMINIUM II ASSOCIATION, INC., PLAINTIFF-INTERVENOR-RESPONDENT, v. HARTZ MOUNTAIN ASSOCIATES, A CORPORATION; HARMON COVE I CONDOMINIUM ASSOCIATION, INC., A CORPORATION; AND HARMON COVE RECREATION ASSOCIATION, INC., A CORPORATION, DEFENDANTS-RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Argued April 5, 1982—Decided April 28, 1982.

Before Judges ALLCORN, FRANCIS and MORTON I. GREENBERG.

*John Tomasin* argued the cause for appellants.

*Jerome A. Vogel* argued the cause for defendant-respondent Hartz Mountain Industries Inc. (*Jeffer, Hopkinson & Vogel,* attorneys).

*Richard S. Miller* argued the cause for defendants-respondents Harmon Cove I Condominium Association, Inc. and Harmon Cove Recreation Association Inc. (*Williams, Caliri, Miller, Otley & Horn,* attorneys).

PER CURIAM.

The judgment of the Chancery Division is affirmed essentially for the reasons set forth by Judge Gaulkin in his opinion published in 173 *N.J.Super.* —— (1981).

Affirmed.